WILMOT F. O'LOUGHLIN *v.* CONNECTICUT
CONSOLIDATED INDUSTRIES, INC.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is dismissed by the court.

No appearance for either party.

Decided December 6, 1977

STATE OF CONNECTICUT *v.* HARRY E. COMAN

The motion by Robert E. Pritchard to withdraw as counsel on behalf of the defendant in the appeal from the Superior Court in Windham County is granted by the court.

No appearance for either party.

Decided December 6, 1977

SMALL BUSINESS INVESTMENT COMPANY *v.*
THOMAS MARTUCCI ET AL.

The plaintiff's "Motion to Strike Notice of Intention to Appeal" from the Superior Court in the judicial district of Waterbury is denied by the court.

*A. Reynolds Gordon,* for the appellee (plaintiff).

*Robert J. Uskevich,* for the appellants (defendants Francis J. Mason et al.).

Argued December 6—decided December 6, 1977

The plaintiff's motion to dismiss "the defendants' attempted reservation of appeal" from the Superior Court in the judicial district of Waterbury is denied by the court.

*Arthur A. Hiller,* in support of the motion.

Submitted November 23—decided December 6, 1977